# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18CR3089-JAH |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF ~~DISMISSAL~~ |
| JORGE PLACENCIA-MARTINEZ, | |
| Defendant. | |

**FILED**
OCT 10 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☒ the Court has dismissed the case with prejudice; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense as charged in the Information:

8 USC 1326 – REMOVED ALIEN FOUND IN THE UNITED STATES

Dated: 10/9/2018    10-9-18

Hon. John A. Houston
United States District Judge